UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 24-165 |
| JEFFREY PAUL VAPPIE, II | SECTION: "D" |
| | VIOLATION: 18:1001(a)(2) and 18:1343 |

NOTICE OF <u>**INITIAL APPEARANCE AND ARRAIGNMENT**</u>

Take Notice that this criminal case has been set for an **INITIAL APPEARANCE AND ARRAIGNMENT** on **JULY 31, 2024, at 2:00 p.m.** before Magistrate Judge Janis van Meerveld, Hale Boggs Building, 500 Poydras Street, Courtroom B-309, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  July 19, 2024

TO:
**JEFFREY PAUL VAPPIE, II**

**Counsel for Defendant:**
Shaun G. Clarke -
sclarke@mbssmartlaw.com

Harry Rosenberg -
harry.rosenberg@phelps.com

**If you change address,
notify clerk of court
by phone, 504-589-7708**

CAROL L. MICHEL, CLERK
by:  Bridget Gregory for Melissa Verdun,
       Deputy Clerk

AUSA: Jordan S. Ginsberg, Nicholas D. Moses

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**FBI- Bradley Tedesco**