UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-165 |
| v. | * | SECTION: "D" (5) |
| JEFFREY PAUL VAPPIE, II | * | HON. WENDY B. VITTER |
| | | HON. MICHAEL B. NORTH |

**ORDER**

Defendant's unopposed motion to continue his arraignment is GRANTED. The initial appearance and arraignment will be held on August 7, 2024 at 2:00 p.m. before the Duty Magistrate.

New Orleans, LA this 23rd day of July 2024.

_____
U.S. MAGISTRATE JUDGE