MINUTE ENTRY
VITTER, J.
SEPTEMBER 10, 2024
JS10, 0:30

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-165** |
| **JEFFREY PAUL VAPPIE, II** | **SECTION: D (5)** |

## VIDEO STATUS CONFERENCE REPORT AND ORDER

At the joint request of the parties, the Court converted the Pretrial Conference scheduled for September 11, 2024 to an in-person status conference. (R. Doc. 17). The Court rescheduled the in-person status conference for September 10, 2024, and the conference was held by Zoom videoconference at the request of the parties.

**PRESENT:**

> **Harry Rosenberg, Shaun G. Clarke**
> Counsel for Defendant, Jeffrey Paul Vappie, II
>
> **Jordan Ginsberg**[1]
> Counsel for the United States of America

During the conference, the Court disclosed a professional relationship with counsel for defendant over a decade ago. The Court further advised all counsel that it believes it can be fair and impartial in this matter. Counsel had no questions and voiced no objection to the Court remaining on this case.

---

[1] Counsel for the Government advised the Court that the FBI case agent was also on the conference, and counsel for Defendant voiced no objection to his participation in the conference.

The Court then discussed with counsel the status of the case. During that discussion, there was a joint, oral motion to continue the Final Pretrial Conference and trial dates. Considering the oral motion and the reasons expressed by counsel, the Court found that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court specifically found, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), that the failure to grant the requested continuance would result in a miscarriage of justice based on the reasons given by counsel, and that additional time is necessary for effective preparation by counsel considering the nature of the charges and the volume of discovery. In consultation with counsel, the Court issued an **oral Order** resetting the jury trial for **Monday, July 14, 2025 at 9:00 a.m.** and resetting the Final Pretrial Conference for **Wednesday, June 18, 2025 at 9:00 a.m.** The Court further advised counsel that the parties are to confer and provide the Court with a proposed scheduling order by **Friday, September 27, 2024,** by emailing it to the Court's email address, efile-Vitter@laed.uscourts.gov.

Accordingly,

**IT IS HEREBY ORDERED** that the jury trial scheduled for October 7, 2024 at 9:00 a.m. is **RESET** for **Monday, July 14, 2025 at 9:00 a.m.,** and the Final Pretrial Conference is **RESET** for **Wednesday, June 18, 2025 at 9:00 a.m.**

New Orleans, Louisiana, September 10, 2024.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**