MINUTE ENTRY
VITTER, J.
MARCH 18, 2025
JS10, 0:35

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-165** |
| **JEFFREY PAUL VAPPIE, II** | **SECTION: D (5)** |

### TELEPHONE STATUS CONFERENCE REPORT AND ORDER

On March 18, 2025, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Harry Rosenberg, Shaun G. Clarke**
Counsel for Defendant, Jeffrey Paul Vappie, II

**Jordan Ginsberg, Nicholas D. Moses**
Counsel for the United States of America

During the conference, the Court discussed with counsel the status of the case. Counsel indicated that they have been working together on discovery matters and, in light of the breadth of discovery, defense counsel orally moved for a continuance of the July 14, 2025 trial date. The Government voiced no opposition to the oral motion. After hearing from counsel, and for the reasons set forth by defense counsel, the Court found that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court specifically found, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), that the

failure to grant the requested continuance would result in a miscarriage of justice based on the reasons given by defense counsel, and that additional time is necessary for effective preparation by counsel considering the nature of the charges. As such, the Court finds that the period of this continuance is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The Court issued an **oral Order GRANTING** the oral motion. In consultation with counsel, the Court reset the jury trial for **Tuesday, January 20, 2026 at 9:00 a.m.** and reset the Pretrial Conference for **Wednesday, December 17, 2025 at 9:00 a.m.**

Accordingly,

**IT IS HEREBY ORDERED** that the jury trial scheduled for July 14, 2025 is **CONTINUED** until **Tuesday, January 20, 2026 at 9:00 a.m.,** and the Pretrial Conference scheduled for June 18, 2025 at 9:00 a.m. is **CONTINUED** until **Wednesday, December 17, 2025 at 9:00 a.m.**

New Orleans, Louisiana, March 18, 2025.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**