UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 24-165** |
| **JEFFREY PAUL VAPPIE, II** | **SECTION: "D"** |
| | **VIOLATION: 18:1343 and 18:1001(a)(2)** |

<u>**NOTICE OF TRIAL AND PRETRIAL CONFERENCE**</u>
(previously set for 7/14/25)

Take notice that this criminal case has been **reset** for **TRIAL** on **JANUARY 20, 2026, at 9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.   A FINAL PRETRIAL CONFERENCE will be held on **December 17, 2025, at 9:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  March 19, 2025 | CAROL L. MICHEL, CLERK<br>by:  Melissa Verdun, Deputy Clerk |
| TO: **JEFFREY PAUL VAPPIE, II-(BOND)** | AUSA: Jordan Ginsberg and Nicholas Moses |
| **<u>Counsel for Defendant:</u>**<br>Harry Rosenberg, Esq.-<br>harry.rosenberg@phelps.com | U.S. Marshal<br><br>U.S. Probation & Pre-Trial Services Unit |
| Shaun Clarke, Esq.- sclarke@mbssmartlaw.com | Interpreter: **none**<br><br>FBI- SA Bradley Tedesco |

**If you change address,
notify clerk of court
by phone, 504-589-7708**