PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 24-165 "D"

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: LATOYA CANTRELL

Address: New Orleans, LA

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA    Divisional Office

Name and Office of Person K. LaCombe
Furnishing Information on
THIS FORM    ☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst.
U.S. Attorney    Jordan Ginsberg
(if assigned)

☐ Interpreter Required    Dialect: _____

Birth
Date 1972    ☐ Male    ☐ Alien
☑ Female    (if applicable)

Social Security Number XXX-XX-1812

**PROCEEDING**

Name of Complainant Agency, or Person & Title, if any)
Special Agent Bradley Tedesco, FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of New Orleans, LA    County Orleans
offense

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Eddie Castaing

☐ FPD ☐ CJA ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 18 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/* (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 USC § 1343 | Wire Fraud | 2-13 |
| 4 | 18 USC § 1512(k) | Conspiracy to Obstruct Justice | 14 |
| 4 | 18 USC § 1001(a)(2) | False Statements | 15 |
| 4 | 18 USC § 1512(c)(1) | Obstruction of Justice | 16 |

**OFFENSE CHARGED - U.S.C. CITATION - <u>CONTINUED FROM PREVIOUS PAGE</u>**

| Offense Level [1, 3, 4] | Title & Section/ˇ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 1623 | False Declaration Before Grand Jury | 17-18 |
| | | | |
| | | | |
| | | | |
| | | | |