TO: DOCKET CLERK

__ MAGISTRATE CASE NUMBER

OR

_x_ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: JEFFREY PAUL VAPPIE, II; LATOYA CANTRELL

Initials: amm


If you receive this note without any initials,

please return the entire packet to criminal desk .

Thank you