# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL ACTION |
| **VERSUS** | NO: 24-165 |
| **JEFFREY PAUL VAPPIE, II** | SECTION: "D" |
| | VIOLATION: 18:1001(a)(2); 18:1343; 18:371; and 18:1512(k) |

## NOTICE OF **ARRAIGNMENT**

Take Notice that this criminal case has been set for an **ARRAIGNMENT** on **SEPTEMBER 10, 2025, at 2:00 p.m.** before Magistrate Judge Karen Wells Roby, Hale Boggs Building, 500 Poydras Street, Courtroom B-431, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: August 20, 2025

TO:
**JEFFREY PAUL VAPPIE, II**

**Counsel for Defendant:**
Harry Rosenberg -
harry.rosenberg@phelps.com

Shaun G. Clarke -
sclarke@mbssmartlaw.com

**If you change address, notify clerk of court by phone, 504-589-7708**

CAROL L. MICHEL, CLERK
by: Melissa Verdun,
    Deputy Clerk

AUSA: Jordan S. Ginsberg, Nicholas D. Moses

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**FBI- Bradley Tedesco**