UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 24-165 |
| LATOYA CANTRELL | SECTION: "D" |
| | VIOLATION: 18:1512(k); 18:1343; 18:371; 18:1512(c)(1); 18:1623 and 18:2 |

NOTICE OF **INITIAL APPEARANCE AND ARRAIGNMENT**

Take Notice that this criminal case has been set for an **INITIAL APPEARANCE AND ARRAIGNMENT** on **SEPTEMBER 10, 2025, at 2:00 p.m.** before Magistrate Judge Karen Wells Roby, Hale Boggs Building, 500 Poydras Street, Courtroom B-431, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: August 20, 2025

TO: **LATOYA CANTRELL-**

**Counsel for Defendant:**

**If you change address, notify clerk of court by phone, 504-589-7708**

CAROL L. MICHEL, CLERK
by: Melissa Verdun,
Deputy Clerk

AUSA: Jordan S. Ginsberg, Nicholas D. Moses

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**FBI- Special Agent Bradley Tedesco**