UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-165 |
| v. | * | SECTION: "D" (5) |
| JEFFREY PAUL VAPPIE, II | * | |

\* \* \*

## ORDER

Defendant Jeffrey Vappie's unopposed motion to continue his September 10 arraignment for two days is is GRANTED. The arraignment will be held on September 12, 2025 at 10:00 AM.

New Orleans, Louisiana, this 8th day of September, 2025

_____
U.S. MAGISTRATE JUDGE