MINUTE ENTRY
ROBY, M.J.
SEPTEMBER 10, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL

VERSUS                                            NO. 24-165

LATOYA CANTRELL                                   SECTION: D

## CRIMINAL ARRAIGNMENT

APPEARANCES:    X   DEFENDANT
                X   COUNSEL FOR DEFENDANT      RETAINED: EDWARD J. CASTAING, JR
                X   ASSISTANT U.S. ATTORNEY    JORDAN GINSBERG AND NICHOLAS D. MOSES
                    INTERPRETER                                    SWORN
                       (TIME:            .M  to          .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE SUPERSEDING INDICTMENT: READ WAIVED SUMMARIZED

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL
PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

 X  / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO
THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO
TIMELY.

 _/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

 X / DEFENDANT RELEASED ON BOND

 _/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **OCTOBER 30, 2025 AT 2:00 PM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

 X / TRIAL: **NOVEMBER 17, 2025 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

MJSTAR: 00:  02