UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-165 |
| LATOYA CANTRELL | SECTION "D" |

## *EX PARTE* MOTION FOR PERMISSION TO TRAVEL

NOW INTO COURT, through undersigned counsel, comes defendant, Latoya Cantrell, and moves the Court for permission to travel to the country of Iceland, for a personal vacation with members of her family, from October 7, 2025 to October 13, 2025; that all conditions of her bond will be followed; that her Pretrial Services Officer, Amy LaPointe, stated that she has no objection to the granting of this motion; and that Assistant United States Attorney, Jordan Ginsberg, stated that he has no objection to the granting of this motion.

Respectfully submitted,

CRULL, CASTAING & LILLY
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 442-1233


BY: */s/ Edward J. Castaing, Jr.*
Edward J. Castaing, Jr. #4022

***Counsel for Latoya Cantrell***


**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

*/s/ Edward J. Castaing, Jr.*
Attorney

2