UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 24-0165 |
| LATOYA CANTRELL | SECTION: "D" (4) |

### ORDER

After conducting several telephone conferences with the parties, the undersigned was notified on September 19, 2025, that the defendant would like to withdraw the Exparte Motion for Permission to Travel (R. Doc.52) .

Accordingly,

**IT IS ORDERED** that the Defendant's **Exparte Motion for Permission to Travel (R. Doc. 52)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 19th day of September 2025.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**