UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-165** |
| **v.** | * | **SECTION: "D"** |
| **JEFFREY PAUL VAPPIE, II** | * | |
| **LATOYA CANTRELL** | | |
| | * | |

\* \* \*

## AMENDED PROTECTIVE ORDER

Considering the Government's foregoing Unopposed Motion to Amend Protective Order, and for good cause shown;

**IT IS HEREBY ORDERED** that the government's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court amends and sets the following conditions on all discovery in this case:

a. The Government will provide all discovery to counsel for the defendants. Any and all discovery containing third-party personal identifying information (collectively, "Protected Material") shall not be used for any other purpose than preparing the defense in this matter.

b. Counsel for the defendants will make the Protected Material available for review by the defendants under such circumstances as to ensure that any personal identifying information and the identity of witnesses contained in the Protected Material is not disseminated publicly.

c. Defense counsel shall not permit other persons to copy the Protected Material, and shall not disseminate copies of the Protected Material, except that counsel may make any copies necessary for his/her work on the defense of this matter and may provide copies to his/her client(s), his/her staff, and to third parties, such as experts, as may be necessary for his/her

work on the defense of this matter, provided that, if counsel does so, counsel shall provide such persons with a copy of this protective order, shall advise such persons that the Protected Material is not to be further copied or disseminated, and shall have such persons return to them all copies of the Protected Material as soon as reasonably practical.

   d. Prior to including any part of the Protected Material in any public filing, defense counsel will ensure that any personal identifying information has been appropriately redacted, as required by Federal Rule of Criminal Procedure 49.1.

   e. At the conclusion of litigation in this case, defense counsel shall collect and return all Protected Material, and copies thereof, to the Government, and delete any digital copies thereof. Defense counsel shall be expressly responsible for retrieving all copies disseminated to his/her client(s), his/her staff, and any third parties, and returning those copies to the Government.

   f. This order may be revised by the Court at any time. Nothing in this order will preclude a defendant upon proper motion from seeking any additional discovery from the Government, or from conducting any independent investigation.

  **IT IS HEREBY ORDERED** that all parties adhere to the guidelines established by this order.

  New Orleans, Louisiana, this __6th__ day of ____October____, 2025.

_____
United States Magistrate Judge