UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-165 |
| **JEFFREY PAUL VAPPIE, II** | SECTION: D |

**ORDER**

The Court is in receipt of the Government's motion to amend/modify defendant's bond conditions (Rec. Doc. No. 63), filed on October 15, 2025.

**IT IS ORDERED** that the motion is set for hearing on October 31, 2025 at 10:00 a.m. before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that any opposition memorandum be filed on or before October 24, 2025.

**IT IS FURTHER ORDERED** that any reply memorandum be filed on or before October 29, 2025.

New Orleans, Louisiana, this 16th day of October 2025.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

Clerk to notify:
counsel